IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH P. HART, #195171, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:12cv94-WHA |
| | ) | |
| GARY HETZEL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER AND OPINION**

On February 21, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 22). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED and this case DISMISSED with prejudice, because (1) this court is without jurisdiction to consider Hart's challenge to his expired Houston County convictions; (2) this court is without jurisdiction to consider Hart's challenge to his current sentence imposed by the Circuit Court of Madison County; and (3) Hart fails to establish any basis for federal habeas relief.

Done this the 13th day of March, 2014.

                                              /s/ W. Harold Albritton  
                                              SENIOR UNITED STATES DISTRICT JUDGE